**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ETINOSA OSAHON,

Plaintiff,

v.

MARKWAYNE MULLIN, *Secretary of Homeland Security*, *et al.*,

Defendants.

Case No. 2:26-cv-09121-MWC-DFM

**ORDER CONTINUING ORDER TO SHOW CAUSE RE: SANCTIONS; SETTING ADDITIONAL ORDER TO SHOW CAUSE RE: SANCTIONS; ORDERING DECLARATION FROM DEFENDANTS**

On October 2, 2026, the Court held an Order to Show Cause Re: Sanctions hearing, with counsel for both parties present. For the reasons explained at the hearing, the Court **ORDERS** as follows:

1. By no later than **<u>Monday, October 5, 2026, at 12:00 p.m.</u>**, Defendants are **ORDERED** to file a declaration under penalty of perjury from an individual with personal knowledge addressing why it is necessary for the Government to be responsible for Plaintiff's return to Los Angeles, California. The declaration **SHALL** address whether Plaintiff can pay for his own return to Los Angeles, California, and **SHALL** include either in the Declaration, or submitted in a brief memorandum forthwith, citations to authority (e.g., caselaw, treatises, etc.) that support the Defendants' position.
2. The Order to Show Cause Re: Sanctions is **CONTINUED** to **<u>Friday, October 9, 2026, at 1:30 p.m.</u>** in Courtroom 6A. Plaintiff's counsel may appear at the hearing via Zoom. The Court **ORDERS** counsel for Defendants to appear in person at the hearing.
3. The Court further **SETS** an additional Order to Show Cause Re: Sanctions, also set for **<u>Friday, October 9, 2026 at 1:30 p.m.</u>** in Courtroom 6A, addressing whether the government has violated the Court's Preliminary Injunction Order issued in this case (Dkt. # 19). Defendants may file an optional Response brief to the OSC by no later than **<u>12:00 p.m. on Wednesday, October 7, 2026</u>**. Plaintiff may file an optional Reply by no later than end of day, **<u>Thursday, October 8, 2026</u>**.

**IT IS SO ORDERED.**

DATED: October 2, 2026

Hon. Michelle Williams Court
United States District Judge