UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-09121-MWC-DFM Date: October 9, 2026

Title: Etinosa Osahon v. Markwayne Mullin, *et al.*

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER REQUIRING DEFENDANTS TO SUBMIT DECLARATIONS RE: PLAINTIFF'S RETURN TO LOS ANGELES, CALIFORNIA (DKTS. [49], [56], [58])**

On October 9, 2026, the Court held an Order to Show Cause Re: Sanctions hearing, with counsel for both parties present. As stated at the hearing, the Court **ORDERS** as follows:

1. By no later than **12:00 p.m. on Saturday, October 10, 2026**, Defendants **SHALL** file a declaration under penalty of perjury by an individual who possesses personal knowledge to address the following issues:
   a. *Contacts*. To identify by name, title, telephone number, and email address the Embassy official responsible for issuing the Form I-512 and the ERO Attaché, and to direct both individuals to contact Plaintiff's counsel.
   b. *Collection*. To confirm that the Form I-512 is at the Embassy and ready to issue; to confirm collection on October 13, 2026, from 3:00 p.m. or October 14, 2026, in Lomé time; and to identify the receiving officer, the entrance, what to bring, and whether Plaintiff's counsel may accompany him.
   c. *Boarding*. To identify each document to be issued and its purpose; to designate an official, reachable at all hours from October 13, 2026, until arrival, whom the airline may call to verify the Form I-512; and to notify the airline within twenty-four hours after receiving the itinerary.
   d. *Departure*. Through the Embassy, to provide the consular the help he needs to depart Lomé, without disclosing information about him to Nigerian authorities.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-09121-MWC-DFM Date: October 9, 2026

Title: Etinosa Osahon v. Markwayne Mullin, *et al.*

e. *Arrival*. Through a declarant who knows arrival processing at Los Angeles International Airport ("LAX"), to describe the steps for his inspection, parole, and release, and when, where, and by whom his Form I-220B will be reissued, consistent with paragraph 5 of the Court's Preliminary Injunction Order (Dkt. # 19 at 4–5).

f. *Togo*. To disclose who communicated with the Government of Togo about Plaintiff, when, how, and what information was shared, and to confirm such communications are preserved.

2. Defendants **SHALL** keep the parole Defendants described as valid through at least October 30, 2026.

3. To the extent that Defendants cannot submit a declaration that completely addresses and responds to each item above by 12:00 p.m. on October 10, 2026, any outstanding items **SHALL** be addressed in a supplemental declaration filed no later than **2:00 p.m. on Monday, October 12, 2026**.

4. The hearings on both Orders to Show Cause Re: Sanctions are **CONTINUED** to **Thursday, October 15, 2026, at 1:30 p.m.** in Courtroom 6A. Plaintiff's counsel may appear via Zoom. Defense counsel is **ORDERED** to appear in person. Defendants are **ORDERED** to continue filing Status Reports and declarations pursuant to paragraph 4 of the Court's Preliminary Injunction Order (Dkt. # 19 at 4), stating each required element, from declarants with personal knowledge, including officials of the Department of State and the Department of Homeland Security.

5. The Court further **ORDERS** that Immigration and Customs Enforcement, Enforcement and Removal Operations, Supervisory Detention and Deportation Officer Juan A. Gutierrez and Defendant David J. Venturella, Senior Official Performing the Duties of the Director of U.S. ICE **SHALL** appear in Courtroom 6A at the hearing set for Thursday, October 15, 2026, at 1:30 p.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-09121-MWC-DFM Date: October 9, 2026

Title: Etinosa Osahon v. Markwayne Mullin, *et al.*

**IT IS SO ORDERED.**

:

**Initials of Preparer** TJ