**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ETINOSA OSAHON,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *Secretary of Homeland Security*, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-09121-MWC-DFM<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND ORDERING BRIEFING (DKT. [70])** |

On October 15, 2026, the Court held an Order to Show Cause Re: Civil Contempt ("OSC") hearing, with counsel for both parties present. For the reasons explained at the hearing, the Court **ORDERS** as follows:

1. The OSC Re: Civil Contempt hearing is **CONTINUED** to Friday, December 4, 2026, at 1:30 p.m. in Courtroom 6A.
2. Defendants **SHALL** file a response to the OSC **no later than Friday, November 6, 2026**. Plaintiff **SHALL** file a reply brief **no later than Friday, November 20, 2026**. All briefs are limited to no more than 15 pages in length.
3. The parties are further **ORDERED** to meet and confer prior to November 20, 2026, regarding whether the parties can reach an arrangement or agreement that they wish to present to the Court.

**IT IS SO ORDERED.**

DATED: October 15, 2026

Hon. Michelle Williams Court
United States District Judge